USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MILAGROS SENIOR,

                          Plaintiff,

         -against-

TRUSTEES OF BOSTON UNIVERSITY,

                         Defendant.
----------------------------------------------------------------X

22-CV-8080 (PGG) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Notice of Voluntary Dismissal filed on December 16, 2022 (doc. no 14) the Initial Case Management Conference currently scheduled for **January 12, 2023** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:    New York, New York
              December 19, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge